IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARIA ELENA BARAJAS, Personal
Representative of the Estate of
DANIEL ADRIAN BARAJAS, deceased                    PLAINTIFF

V.                        CASE NO. 4:24-cv-00318-JM

SALINE COUNTY, ARKANSAS,
a body politic,
HUNTER THOMPSON, Individually,
SULLIVAN SULZBERGER, Individually,
CHRISTY BIDDLE, Individually,
KATE HAWTHORN, Individually,
HARLEY SOWELL, Individually,
JAKE SCOGGINS, Individually,
JOEY SHAMLIN, Individually,
RODNEY WRIGHT, Individually,
CHRIS A. JARVIS, Individually,
TIM BRAGG, Individually,
R. ALLYN WEST, Individually,
KEVIN CLEGHORN, Individually,
JAY MCALISTER, Individually,
CHEEMA CARRIERS CORP., a Canadian
Corporation, and
MOHAMMED MERCHANT                                  DEFENDANTS

## ANSWER

Come now the Separate Defendants, Chris A. Jarvis (Jarvis) and Tim Bragg

(Bragg), and for their Answer to the Complaint of Plaintiff, state:

1.      Answering Paragraph 1, admit this Court's jurisdiction and that venue is

proper in this District.  These Defendants deny any and all allegations of fault,

proximate cause, conspiracy, civil rights violations or any other basis for liability

alleged in the Complaint.

2.    Answering Paragraph 2, admit the attachment of Exhibit 1 to the Complaint.  Otherwise, these Defendants are without sufficient information or knowledge to admit or deny these allegations.

3.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

4.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

5.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

6.    The allegations of this paragraph are directed to other Defendants and

require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

7.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

8.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

9.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are

denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

10.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

11.    Answering Paragraph 11, these Defendants admit they were associated with the Turtle Creek Fire Department, a volunteer fire department in Saline County, on the date stated, Jarvis as the fire chief, and Bragg as a board member. Otherwise, deny the allegations of this paragraph.

12.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

13.    The allegations of this paragraph are directed to other Defendants and

require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

14.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

15.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

16.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are

denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

17.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

18.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

19.     The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability

alleged in the Complaint.

20.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

21.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

22.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

23.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

24.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

25.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

26.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

27.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

28.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

29.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

30.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

31.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

32.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

33.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

34.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

35.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

36.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

37.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

38.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

39.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

40.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

41.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

42.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

43.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

44.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

45.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

46.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

47.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

48.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

49.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

50.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

51.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

52.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

53.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

54.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

55.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

56.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

57.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

58.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

59.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

60.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

61.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

62.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

63.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

64.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

65.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

66.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

67.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

68.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

69.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

70.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

71.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

72.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

73.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

74.    These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

75.    These Defendants are without sufficient information or knowledge to

admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

76.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

77.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

78.    These Defendants are without sufficient information or knowledge to admit or deny these allegations. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

79.    Deny the allegations of Paragraph 79.

80.     Deny the allegations of Paragraph 80.

81.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

82.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

83.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

84.     The allegations of this paragraph are directed to other Defendants and

require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

85.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

86.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

87.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are

denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

88.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

89.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

90.     The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the

Complaint.

91.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

92.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

93.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

94.    The allegations of this paragraph are directed to other Defendants and

require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

95.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

96.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

97.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are

denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

98.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

99.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

100.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the

Complaint.

101.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

102.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

103.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

104.    The allegations of this paragraph are directed to other Defendants and

require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

105.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

106.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

107.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are

denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

108.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

109.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

110.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the

Complaint.

111.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

112.   These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

113.   These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

114.   Answering Paragraph 114, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

115.   The allegations of this paragraph are directed to other Defendants and

require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

116.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

117.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

118.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are

denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

119.    Answering Paragraph 119, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

120.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

121.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

122.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are

denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

123.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

124.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

125.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability

alleged in the Complaint.

126.   These Defendants are without sufficient information or knowledge to admit or deny these allegations.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

127.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

128.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

129.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this

paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

130.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

131.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

132.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause,

conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

133.   Answering Paragraph 133, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

134.   The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

135.   The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

136.   The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault,

proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

137.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

138.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

139.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

140.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

141.    The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

142.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

143.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this

paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

144.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

145.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

146.    Answering Paragraph 146, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

147.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this

paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

148.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

149.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

150.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause,

conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

151.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

152.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

153.   Answering Paragraph 153, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

154.   The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault,

proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

155. Deny the allegations of Paragraph 155.

156. Deny the allegations of Paragraph 156.

157. Deny the allegations of Paragraph 157.

158. Answering Paragraph 158, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

159. The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

160. The statements in this paragraph are statements of law or legal argument, not allegations of fact, and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

161. The statements in this paragraph are statements of law or legal

argument, not allegations of fact, and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

162.   Deny the allegations of Paragraph 162.

163.   Deny the allegations of Paragraph 163.

164.   Deny the allegations of Paragraph 164.

165.   Deny the allegations of Paragraph 165.

166.   Deny the allegations of Paragraph 166.

167.   Answering Paragraph 167, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

168.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

169.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this

paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

170.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

171.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

172.    Answering Paragraph 172, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

173.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this

paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

174.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

175.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

176.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants. To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied. These Defendants deny and all allegations of fault, proximate cause,

conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

177.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

178.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

179.   Answering Paragraph 179, these Defendants adopt and incorporate herein their prior admissions, denials, and affirmative statements.

180.   The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause,

conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

181.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

182.    The allegations of this paragraph are directed to other Defendants and require no response from these Defendants.  To the extent the allegations of this paragraph attempt to assert any fact or claim against the Defendants, they are denied.  These Defendants deny and all allegations of fault, proximate cause, conspiracy, civil rights violations, or any other basis for liability alleged in the Complaint.

183.    Deny that Plaintiff is entitled to any recovery as requested in the WHEREFORE clause of the Complaint.

184.    Deny all allegations of the Complaint not expressly admitted herein.

185.    The Complaint fails to assert claims upon which relief can be granted as to Jarvis and Bragg.  The Complaint should be dismissed pursuant to Rule 12(b)(6).

186.    Jarvis and Bragg plead all immunities available under the law, including

qualified immunity for alleged civil rights violations and statutory immunity from civil liability, Ark. Code Ann. § 16-5-101.

187.    Plaintiff's claims are barred by applicable statutes of limitation.

188.    The Complaint fails to allege any facts to support the claim for punitive damages, and these Defendants are entitled to immediate dismissal of the claim for punitive damages.

189.    Plaintiff's prayer for punitive damages is unconstitutional in that it violates the guarantees of due process of law and equal protection in the United States and Arkansas Constitutions.

190.    Plaintiff's prayer for punitive damages is unconstitutional in that it violates the prohibitions against cruel and unusual punishment and excessive fines in the United States and Arkansas Constitutions.

191.    Plaintiff's prayer for punitive damages is subject to all of the constitutional restrictions articulated by the United States Supreme Court in State Farm Mut. Automobile Ins. Co. v. Campbell, 538 U.S. 408, 123 S. Ct. 1513, 1515 (2003), BMW of N. Am., Inc. v. Gore, 517 U.S. 559, 116 S. Ct. 1589 (1996), and their progeny.

192.    These Defendants are entitled to all de novo reviews permitted by law on Plaintiff's claim for punitive damages.

193.    These Defendants plead all defenses available to them under the Civil

Justice Reform Act of 2003, including available caps on punitive damages, and heightened evidentiary requirements for punitive damages.

194.    Jarvis and Bragg may rely on the affirmative defenses pleaded by any other Defendant to the extent those defenses inure to the benefit of Jarvis and Bragg.

195.    These Defendants are entitled to the award of a reasonable attorney's fee in the event they prevail on the claims of Plaintiff.

196.    These Defendants demand trial by jury pursuant to Rule 38.

197.    These Defendants reserve the right to plead further pending discovery, including pleading by way of amended answer and counterclaim.

WHEREFORE, having fully answered, Jarvis and Bragg demand judgment dismissing Plaintiff's Complaint with prejudice, for costs, for the award of a reasonable attorney's fee, and for such other further relief as authorized at law and/or equity, and as justified by the evidence.

DAVID M. DONOVAN
BAR NO. 81184
ATTORNEY FOR DEFENDANTS
CHRIS A. JARVIS AND TIM BRAGG
WDTC LAW, P.A.
2120 RIVERFRONT DR., STE. 275
LITTLE ROCK, AR  72202
TELEPHONE:  (501) 372-1406
EMAIL:  david.donovan@wdtc.law