IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARIA ELENA BARAJAS, Personal
Representative of the Estate of
DANIEL ADRIAN BARAJAS, deceased                                    PLAINTIFF

VS.                      NO. 4:24-cv-00318-JM

SALINE COUNTY, ARKANSAS,
a body politic, et al.                                              DEFENDANTS

## DIVERSITY DISCLOSURE STATEMENT OF SEPARATE DEFENDANTS CHEEMA CARRIERS CORP. AND MOHAMMED MERCHANT

Separate defendants Cheema Carriers Corp. ("Cheema") and Mohammed Merchant ("Merchant") submit the following Diversity Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

1. Cheema is a Canadian corporation, with its principle place of business in Mississauga, Ontario, Canada.

2. Merchant is an individual who is a citizen of Canada residing in Maple, Ontario, Canada.

> Kyle R. Wilson (89118)
> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> PHONE:   (501) 371-0808
> FAX:     (501) 376-9442
> E-MAIL:  kwilson@wlj.com
> *Attorneys for Separate defendants Cheema Carriers Corp. and Mohammed Merchant*

3185712-v1