IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARIA ELENA BARAJAS,                                                                                        PLAINTIFF

v.                                        CASE NO. 4:24-CV-318-JM

SALINE COUNTY, ARKANSAS, ET AL.,                                                              DEFENDANTS

**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS
UPON DEFENDANT, TIM BRAGG**

NOW COMES, Plaintiff, MARIA ELENA BARAJAS, by and through her attorneys, LAUX LAW GROUP, and pursuant to Federal Rule of Civil Procedure 4(l), files proof of service of complaint and summons upon the following Defendant:

| Defendant | Date Served | Exhibit No. |
|---|---|---|
| KEVIN CLEGHORN | August 12, 2024 | A |

Respectfully submitted,

Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
LAUX LAW GROUP
One of the Attorneys for PLAINTIFF
400 W. Capitol Ave., Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
E-mail: mlaux@lauxlawgroup.com
             mikelaux@icloud.com

and

David W. Ransin
One of the Attorneys for PLAINTIFF
RANSIN INJURY LAW
4045 East Sunshine, Suite 100
Springfield, MO 68509
Telephone: (417) 881-8282
Facsimile: (417) 881-4217
Email: david@ransin.com