# AFFIDAVIT OF SERVICE

| Case: 4:24CV318-JM | Court: US District Court | County: Eastern District, AR | Job: 11248801 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Maria Elena Barajas, Personal Representative of the Estate of Daniel Adrian Barajas, deceased | | **Defendant / Respondent:** Saline County, AR, a boyd politic, Hunter Thompson, Sullivan Sulzberger, Christy Biddle, Kate Hawthorn, Harley sowell, Jake Scroggins, Joey Shamlin, ROdney Wright, Chris A. Jarvis, Tim Bragg, R. Allyn West, Kevin Cleghorn, Jay McAlister, Cheema Carriers Corp and Mohammed Merchant | |
| **Received by:** Patton Legal Services | | **For:** Laux Law Group | |
| **To be served upon:** Kevin Cleghorn | | | |

I, Rebecca Whitaker, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kevin Cleghorn, 10492 mars Hill Rd, bauxite , AR 72011
**Manner of Service:** Personal/Individual, Aug 12, 2024, 2:56 pm CDT
**Documents:** SUMMONS, COMPLAINt

**Additional Comments:**
1) Unsuccessful Attempt: Jun 18, 2024, 3:12 pm CDT at 102 South Main Street #B, Centerton, AR 72719
Coroner's Secretary says he is not here at the moment. Says it is a hit and miss with him to be there. She took my number for him to call me and let me know when I could serve him.

2) Unsuccessful Attempt: Jul 9, 2024, 9:37 am CDT at 10492 mars Hill Rd, bauxite , AR 72011
House was boarded up and appeared vacant.

3) Unsuccessful Attempt: Aug 6, 2024, 11:20 am CDT at 10492 mars Hill Rd, bauxite , AR 72011
No answer at door. New address is: 800 Prickett Rd Bryant, AR

4) Successful Attempt: Aug 12, 2024, 2:56 pm CDT at 10492 mars Hill Rd, bauxite , AR 72011 received by Kevin Cleghorn. Age: 49; Ethnicity: Caucasian; Gender: Male; Weight: 250; Height: 5'10"; Hair: Blond;
Note: Each attempt has a photo link of the service address at the end of the message that you are receiving. If the image is not there, this is due to the lack of a cell phone signal in the area served. If your address is wrong, we can perform skip tracing to locate a possible address. And, of course, there is a fee for a skip trace and any additional addresses to attempt.

| | | Subscribed and sworn to before me by the affiant who is personally known to me. |
|---|---|---|
| *Rebecca Whitaker* | 08/18/2025 | |
| Rebecca Whitaker | Date | Notary Public |
| | | 08/18/2024        11/20/2030 |
| | | Date        Commission Expires |

Patton Legal Services
PO Box 2384
Bentonville, AR 72712
479-544-7004

Cody Patton
Benton County Arkansas
NOTARY PUBLIC – ARKANSAS
My Commission Expires November ,20,2030
Commission No. 12712550