Cubby - Justin Carls...

I'm digging

Shows they still own ▓▓▓▓ Coy Ln., Mabelvale, AR.

Saline Co.

However they're delinquent $182.98 as of 12/7/23 on their taxes for that property.

501-304-▓▓▓▓

Possible Phone #

501-337-▓▓▓▓

Stephanie West

Possible # for his wife

Possible emails:

▓▓▓▓▓▓@hotmail.com
w▓▓▓▓▓▓▓▓@hotmail.com

Oops, last one is ▓▓▓▓▓▓▓▓@hotmail.com

Text message

Exhibit 1





**+1 (501) 304-▇▇▇▇**

Today 14:55

> I appreciate it. I'm not sure how it ended up over there

> > It's happened to me twice in the last 3-4 months. What's your address? I'll get it over there. It'll prob be a little after 5.

> ▇▇▇▇▇ Coy Lane Mabelvale, AR 72103

> > Okay bet!

> You fn liar

> > Whaaaat?

> The property is posted do not come on it

> > You don't want your package?





+1 (501) 304-█████

> package from Amazon. It has your name but no address. I've got it in the truck and can bring it to you on my way into town. It has your # on it which is how I knew to text you lol. Weird deal. If this is Richard lemme know your address and I'll drop it off / leave it on your porch.

Today 14:55

I appreciate it. I'm not sure how it ended up over there

> It's happened to me twice in the last 3-4 months. What's your address? I'll get it over there. It'll prob be a little after 5.

████ Coy Lane
Mabelvale, AR 72103