From: Cody Patton notifications@mail.servemanager.com
Subject: [ServeManager] Job #11758628 Update
Date: September 9, 2024 at 7:18:37 PM
To: Mike Laux mikelaux@icloud.com

## Attempted Serve

Cody Patton shared a service notification with you:

### Details

**Process Server:** Danielle Carroll

**Date & Time:** Sep 9, 2024, 8:27 pm CDT

**Service Type:** Unsuccessful Attempt

**Description of Service:**

Attempted service and sat for a while. Sherriff Department came by the house and said residents were out of town.

### Service Address

_____ Coy Land, Mabelvale, AR 72015

## Job & Case

**Job:** 11758628

**Priority:** Routine

**Job Type:** Standard

**Due Date:** Sep 10, 2024

**Recipient:** R. Allyn West

**Case:** 4:24CV318-JM

**Plaintiff:** Maria Elena Barajas, Personal Representative of the Estate of Daniel Adrian Barajas, deceased

**Defendant:** Saline County, AR, a boyd politic, Hunter Thompson, Sullivan Sulzberger, Christy Biddle, Kate Hawthorn, Harley sowell, Jake Scroggins, Joey Shamlin, ROdney Wright, Chris A. Jarvis, Tim Bragg, R. Allyn West, Kevin Cleghorn, Jay McAlister, Cheema Carriers Corp and Mohammed Merchant

**Court:** US District Court

**County:** Eastern District

**Documents:** SUMMONS, COMPLAINT-BARAJAS

Attempt Uploads

**Exhibit 2**

- 20240909_200720.jpg (3.73 MB)
- 20240909_200754.jpg (5.44 MB)

**Shared with you by:**

Cody Patton
Patton Enterprises, LLC
cody@pattonlegalservicesnwa.com
479-544-7004