IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARIA ELENA BARAJAS,                                                                  PLAINTIFF

v.                                       CASE NO. 4:24-CV-318-JM

SALINE COUNTY, ARKANSAS, ET AL.,                                              DEFENDANTS

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)**

NOW COMES Plaintiff, MARIA ELENA BARAJAS, Personal Representative of the Estate of DANIEL ADRIAN BARAJAS, deceased, and moves this Honorable Court for leave to file her an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a), stating as follows:

INTRODUCTION

1. On April 10, 2024, PLAINTIFF filed her complaint in the above-captioned lawsuit, alleging, *inter alia*, a cause of action under 42 U.S.C. § 1983 based on the January 15, 2022 roadside death of her son, DANIEL ADRIAN BARAJAS. See Doc. #1.

2. On July 9, 2024, Defendant, JAY MCALLISTER filed a motion to dismiss PLAINTIFF's complaint based on a claimed qualified immunity defense. See Doc. #10. On September 30, 2024, the Court issued its Final Scheduling Order in which it set a February 10, 2025 deadline for seeking to add parties and amend pleadings. See Doc. #33.

3. With this motion, PLAINTIFF respectfully seeks to file an amended complaint which adds additional relevant facts, removes certain typographical errors and adds a party, an Arkansas State Police trooper, DAKOTAH BAILEY. See PLAINTIFF's Proposed Amended Complaint, attached hereto as Exhibit 1. PLAINTIFF's amended pleading also cures any alleged issues raised in the motion to dismiss filed by Defendant, JAY MCALLISTER. See Ex. 1.

## PLAINTIFF PRAYS THE COURT GRANT HER MOTION FOR LEAVE TO FILE HER AMENDED COMPLAINT

4. The Federal Rules of Civil Procedure "liberally permit amendments to pleadings." *Dennis v. Dillard Dep't Stores, Inc.*, 207 F.3d 523, 525 (8th Cir. 2000). Rule 15(a)(2) directs courts to "freely give leave when justice so requires." The Eighth Circuit has instructed that a district court may refuse to allow an amended pleading "only where it will result in 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment.'" *Id*. at 525 (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)). "[T]he party opposing the motion must show it will be unfairly prejudiced." *Id*. (internal citations omitted).

5. PLAINTIFF's request to amend her complaint and to add a party is timely and consistent with the Court's prior order. See Doc. #33. PLAINTIFF therefore submits there is no risk of unfair prejudice.

6. Therefore, with this motion, PLAINTIFF requests that this Honorable Court grant leave to file her First Amended Complaint. In accordance with Eastern District of Arkansas Local Rule 7.2(d)(1) and (2), a supportive brief is not filed herewith. The instant motion is not brought for any undue purpose.

## CONCLUSION

7. PLAINTIFF's proposed Amended Complaint is timely, well-pled and brought in good faith. See Ex. 1. Therefore, she respectfully requests that this Honorable Court grant her motion for leave to file the attached proposed amended pleading.

WHEREFORE, Plaintiff, MARIA ELENA BARAJAS, Personal Representative of the Estate of DANIEL ADRIAN BARAJAS, deceased, and prays this Honorable Court grant her

Motion for Leave to File her Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a) and whatever other relief it deems appropriate.

                                      Respectfully submitted,

                                      <u>Michael J. Laux</u>
                                      Michael J. Laux
                                      Eastern Dist. Arkansas Bar No. 6278834
                                      One of the Attorneys for PLAINTIFF
                                      LAUX LAW GROUP
                                      400 W. Capitol Avenue, Suite 1700
                                      Little Rock, AR 72201
                                      Telephone: (501) 242-0750
                                      E-mail: mlaux@lauxlawgroup.com
                                                         mikelaux@icloud.com