IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARIA ELENA BARAJAS, Personal
Representative of the Estate of
DANIEL ADRIAN BARAJAS, deceased                                 PLAINTIFF

VS.                    NO. 4:24-cv-00318-JM

SALINE COUNTY, ARKANSAS,
a body politic,
HUNTER THOMPSON, Individually,
SULLIVAN SULZBERGER, Individually,
CHRISTY BIDDLE, Individually,
KATE HAWTHORN, Individually,
HARLEY SOWELL, Individually,
JAKE SCOGGINS, Individually,
JOEY SHAMLIN, Individually,
RODNEY WRIGHT, Individually,
CHRIS A. JARVIS, Individually,
TIM BRAGG, Individually,
R. ALLYN WEST, Individually,
KEVIN CLEGHORN, Individually,
JAY MCALISTER, Individually,
CHEEMA CARRIERS CORP., a Canadian
Corporation, and
MOHAMMED MERCHANT                                               DEFENDANTS

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

For their joint motion for the entry of an agreed protective order, the parties state the following:

1.     Some of the documents and information requested by the parties in discovery include confidential, sensitive, and proprietary information.

2.     In order to protect such documents and information from public disclosure, the parties have agreed to the protective order attached as Exhibit A to this motion.

1

3.	Pursuant to Fed. R. Civ. P. 26, the parties respectfully request that the attached protective order be entered by the Court.

WHEREFORE, the parties pray that the Court grant their motion and enter the attached agreed protective order, along with all other proper relief.

>	Michael J. Laux (6278834)
>	LAUX LAW GROUP
>	400 W. Capitol Avenue
>	Suite 1700
>	Telephone: (501) 242-0750
>	Facsimile: (501) 372-3482
>	mlaux@lauxlawgroup.com  mikelaux@icloud.com
>
>	*Attorneys for Plaintiff*
>
>	David W. Ransin
>	One of the Attorneys for PLAINTIFF
>	RANSIN INJURY LAW
>	4045 East Sunshine, Suite 100
>	Springfield, MO 68509
>	Telephone: (417) 881-8282
>	Facsimile: (417) 881-4217
>	david@ransin.com
>
>	*Attorneys for Plaintiff*
>
>	Kyle R. Wilson (89118)
>	WRIGHT, LINDSEY & JENNINGS LLP
>	200 West Capitol Avenue, Suite 2300
>	Little Rock, Arkansas 72201-3699
>	(501) 371-0808
>	FAX: (501) 376-9442
>	kwilson@wlj.com
>
>	*Attorneys for separate defendants Cheema Carrier Corp. and Mohammed Merchant*

Jason E. Owens (2003003)
JASON OWENS LAW FIRM, P.A.
Mailing Address: P.O. Box 850
Conway, Arkansas 72033-0850
Physical Address: 1312 W. Oak Street
Conway, Arkansas 72034
Telephone: (501) 764-4334
Telefax: (501) 764-9173
owens@jowenslawfirm.com

*Attorneys for separate defendants Saline County, Arkansas, a Body Politic, Hunter Thompson, Individually, Sullivan Sulzberger, Individually, Kate Hawthorn, Individually, Harley Sowell, Individually, Jake Scoggins, Individually, Joey Shamlin, Individually, Rodney Wright, Individually*

David M. Donovan (81184)
WDTC LAW, P.A.
2120 Riverfront Dr., STE. 275 Little Rock, Arkansas 72202
Telephone: (501) 372-1406
david.donovan@wdtc.law

*Attorneys for Separate Defendants Chris A. Jarvis and Tim Bragg*

Ryan Hale
Justin Brascher (2023029)
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 503-4335
(501) 682-2591 fax
john.payne@arkansasag.gov
justin.brascher@arkansasag.gov
kesia.morrison@arkansasag.gov

*Attorneys for Separate Defendant Jay McCallister*

3