# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARIA ELENA BARAJAS, Personal Representative of the Estate of DANIEL ADRIAN BARAJAS, deceased,**         **Plaintiff**

v.         Case No. 4:24CV318

**SALINE COUNTY, ARKANSAS, a body politic,**
**HUNTER THOMPSON, Individually,**
**SULLIVAN SULZBERGER, Individually,**
**CHRISTY BIDDLE, Individually,**
**KATE HAWTHORN, Individually,**
**HARLEY SOWELL, Individually,**
**JAKE SCOGGINS, Individually,**
**JOEY SHAMLIN, Individually,**
**RODNEY WRIGHT, Individually,**
**CHRIS A. JARVIS, Individually,**
**TIM BRAGG, Individually,**
**R. ALLYN WEST, Individually,**
**KEVIN CLEGHORN, Individually,**
**JAY MCALISTER, Individually,**
**DAKOTAH BAILEY, Individually**
**CHEEMA CARRIERS CORP., a Canadian Corporation,**
**MOHAMMED MERCHANT, and**
**JOHN DOES 1-5**         **Defendants**

## ORDER

Plaintiff's motions to dismiss Defendants Dakotah Bailey, Jay McAlister and John Does 1-5, docket # 54 and 56, are GRANTED. Defendants Dakotah Bailey, Jay McAlister and John Does 1-5 are hereby dismissed with prejudice with each party to bear their own costs.

IT IS SO ORDERED this 4th day of June, 2025.

James M. Moody Jr.
United States District Judge