IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MARIA ELENA BARAJAS, Personal Representative of the Estate of DANIEL ADRIAN BARAJAS, deceased,<br><br>    Plaintiff,<br>v.<br><br>SALINE COUNTY, ARKANSAS, a body politic,<br>HUNTER THOMPSON, Individually,<br>SULLIVAN SULZBERGER, Individually,<br>CHRISTY BIDDLE, Individually,<br>KATE HAWTHORN, Individually,<br>HARLEY SOWELL, Individually,<br>JAKE SCOGGINS, Individually,<br>JOEY SHAMLIN, Individually,<br>RODNEY WRIGHT, Individually,<br>CHRIS A. JARVIS, Individually,<br>TIM BRAGG, Individually,<br>R. ALLYN WEST, Individually,<br>KEVIN CLEGHORN, Individually,<br>JAY MCALISTER, Individually,<br>DAKOTAH BAILEY, Individually<br>CHEEMA CARRIERS CORP., a Canadian Corporation,<br>MOHAMMED MERCHANT, and<br>JOHN DOES 1-5,<br><br>    Defendants. | Case No.: 4:24-CV-318-JM |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANTS,
CHRIS A. JARVIS AND TIM BRAGG, PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

NOW COMES, Plaintiff, MARIA ELENA BARAJAS, Personal Representative of the Estate of DANIEL ADRIAN BARAJAS, deceased ("Plaintiff"), by and through her attorneys, and moves for the entry of a dismissal with prejudice order as to Defendants, CHRIS A. JARVIS and

TIM BRAGG, in the matter of *Barajas v. Thompson, et al.*, Eastern District of Arkansas District Court Case No. 4:24-CV-318-JM, and in support thereof, respectfully states as follows:

1. Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at a plaintiff's request by court order, on terms that the court considers proper. See Fed. R. Civ. P. 41(a)(2); see also *Kern v. TXO Production Corp.*, 738 F.2d 968, 970 (8th Cir. 1984).

2. As explained in her contemporaneous supportive brief, Plaintiff respectfully moves to dismiss CHRIS A. JARVIS and TIM BRAGG from the instant litigation, with prejudice.

WHEREFORE Plaintiff, MARIA ELENA BARAJAS, prays this Honorable Court grants her motion for dismissal in *Barajas v. Thompson, et al.*, Eastern District of Arkansas District Court Case 4:24-CV-318-JM.

Respectfully submitted,

Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
One of the Attorneys for PLAINTIFF
LAUX LAW GROUP
400 W. Capitol Avenue, Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
E-mail: mlaux@lauxlawgroup.com
mikelaux@icloud.com

and

David W. Ransin
One of the Attorneys for PLAINTIFF
RANSIN INJURY LAW
4045 East Sunshine, Suite 100
Springfield, MO 68509
Telephone: (417) 881-8282
Facsimile: (417) 881-4217
Email: david@ransin.com