**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MARIA ELENA BARAJAS, Personal
Representative of the Estate of
DANIEL ADRIAN BARAJAS, deceased,

       Plaintiff,

v.                               Case No.: 4:24-CV-318-JM

SALINE COUNTY, ARKANSAS,
a body politic,
HUNTER THOMPSON, Individually,
SULLIVAN SULZBERGER, Individually,
CHRISTY BIDDLE, Individually,
KATE HAWTHORN, Individually,
HARLEY SOWELL, Individually,
JAKE SCOGGINS, Individually,
JOEY SHAMLIN, Individually,
RODNEY WRIGHT, Individually,
CHRIS A. JARVIS, Individually,
TIM BRAGG, Individually,
R. ALLYN WEST, Individually,
KEVIN CLEGHORN, Individually,
JAY MCALISTER, Individually,
DAKOTAH BAILEY, Individually
CHEEMA CARRIERS CORP., a Canadian
Corporation,
MOHAMMED MERCHANT, and
JOHN DOES 1-5,

       Defendants.

## PLAINTIFF'S BRIEF IN SUPPORT OF UNOPPOSED MOTION TO DISMISS DEFENDANTS, CHRIS A. JARVIS AND TIM BRAGG, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

NOW COMES, Plaintiff, MARIA ELENA BARAJAS, Personal Representative of the

Estate of DANIEL ADRIAN BARAJAS, deceased ("Plaintiff"), by and through her attorneys, and

moves for the entry of a dismissal with prejudice order as to Defendants, CHRIS A. JARVIS and

TIM BRAGG, in the matter of *Barajas v. Thompson, et al.*, Eastern District of Arkansas District Court Case No. 4:24-CV-318-JM, and in support thereof, respectfully states as follows:

1.      On November 20, 2024, Plaintiff filed her amended civil rights complaint in the above-captioned matter, naming CHRIS A. JARVIS and TIM BRAGG ("TCFD Defendants"), among the party defendants. See Doc. #40. At all relevant times, TCFD Defendants were fire department members who were summoned to the scene of a January 15, 2022 motor vehicle-on-pedestrian accident in which Plaintiff's decedent, Daniel Barajas, was killed. See Doc. #40, at p. 4 (¶ 11). It is established that TCFD Defendants power-washed the portion of the highway along which Daniel Barajas was killed, including portions of highway on which parts of his body lay.

2.      In her complaint, Plaintiff alleges TCFD Defendants violated the Fourteenth Amendment's Equal Protection Clause (Count V) and the First Amendment's right to access the courts (Count IV) when they potentially compromised evidence at the scene of the crash. See Doc. #40, at pp. 36-40 (¶¶ 157-177).

3.      Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at a plaintiff's request by court order, on terms that the court considers proper. See Fed. R. Civ. P. 41(a)(2); see also *Kern v. TXO Production Corp.*, 738 F.2d 968, 970 (8th Cir. 1984).

4.      During recent discovery in the present matter, Plaintiff learned that at all relevant times TCFD Defendants operated under the guidance of the Arkansas State Police. Thus, information obtained in discovery has served to narrow the focus of Plaintiff's civil rights case, revealing the centrality of some defendants and the tangentiality of others. It is Plaintiff's conclusion that TCFD Defendants represent the latter group of defendants. Therefore, TCFD Defendants rightfully should be dismissed from the case.

5.    Plaintiff's counsel has consulted with the attorneys representing TCFD Defendants, and they support dismissal of their clients.

6.    Granting Plaintiff's motion is prudent and reasonable based on the facts collected in the case. As the dispositive motion deadline is June 5, 2025, granting the instant motion will also promote judicial economy. Moreover, dismissal of TCFD Defendants will not cause unfair prejudice to any other party to this litigation.

7.    Therefore, Plaintiff wishes to dismiss TCFD Defendants from this litigation, and she respectfully moves for dismissal with prejudice, with each side bearing its own costs.

WHEREFORE Plaintiff, MARIA ELENA BARAJAS, prays this Honorable Court grants her motion for dismissal in *Barajas v. Thompson, et al.*, Eastern District of Arkansas District Court Case 4:24-CV-318-JM.

Respectfully submitted,

Michael J. Laux
Michael J. Laux
E. Dist. Arkansas Bar No. 6278834
One of the Attorneys for PLAINTIFF
LAUX LAW GROUP
400 W. Capitol Avenue, Suite 1700
Little Rock, AR 72201
Telephone: (501) 242-0750
Facsimile: (501) 372-3482
E-mail: mlaux@lauxlawgroup.com
        mikelaux@icloud.com

and

David W. Ransin
One of the Attorneys for PLAINTIFF
RANSIN INJURY LAW
4045 East Sunshine, Suite 100
Springfield, MO 68509
Telephone: (417) 881-8282
Facsimile: (417) 881-4217
Email: david@ransin.com

3