IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIA ELENA BARAJAS, Personal
Representative of the Estate of
DANIEL ADRIAN BARAJAS, deceased,**                **Plaintiff**

v.                      Case No. 4:24CV318

**SALINE COUNTY, ARKANSAS,
a body politic,
HUNTER THOMPSON, Individually,
SULLIVAN SULZBERGER, Individually,
CHRISTY BIDDLE, Individually,
KATE HAWTHORN, Individually,
HARLEY SOWELL, Individually,
JAKE SCOGGINS, Individually,
JOEY SHAMLIN, Individually,
RODNEY WRIGHT, Individually,
CHRIS A. JARVIS, Individually,
TIM BRAGG, Individually,
R. ALLYN WEST, Individually,
KEVIN CLEGHORN, Individually,
JAY MCALISTER, Individually,
DAKOTAH BAILEY, Individually
CHEEMA CARRIERS CORP., a Canadian
Corporation,
MOHAMMED MERCHANT, and
JOHN DOES 1-5**                **Defendants**

**ORDER**

Plaintiff's motion to dismiss Defendants Chris A. Jarvis and Tim Bragg, docket # 59 is GRANTED. Defendants Chris A. Jarvis and Tim Bragg are hereby dismissed with prejudice with each party to bear their own costs.

IT IS SO ORDERED this 5th day of June, 2025.

_____
James M. Moody Jr.
United States District Judge