IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIA ELENA BARAJAS, Personal
Representative of the Estate of
DANIEL ADRIAN BARAJAS, deceased,**      **Plaintiff**

v.      Case No.  4:24CV318

**SALINE COUNTY, ARKANSAS,
a body politic,
HUNTER THOMPSON, Individually,
SULLIVAN SULZBERGER, Individually,
CHRISTY BIDDLE, Individually,
KATE HAWTHORN, Individually,
HARLEY SOWELL, Individually,
JAKE SCOGGINS, Individually,
JOEY SHAMLIN, Individually,
RODNEY WRIGHT, Individually,
R. ALLYN WEST, Individually,
KEVIN CLEGHORN, Individually,
CHEEMA CARRIERS CORP., a Canadian
Corporation,
MOHAMMED MERCHANT, and
JOHN DOES 1-5**      **Defendants**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby dismissed with prejudice.

The Clerk is directed to close the case.

DATED this 16th day of October, 2025.

_____
James M. Moody Jr.
United States District Judge